# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Marquis Cooper,<br><br>Debtor. | Case No. 26-14512-DJB<br><br>Chapter 13 |

**Certificate of Service**

I, Michael A. Cibik, certify that on November 12, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: November 12, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

**Allstate**
601 New Britain Road
Doylestown, PA 18901

**Comcast**
Attn: Bankruptcy
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Mrc/united Wholesale M**
Attn: Bankruptcy
P.O. Box 619098
Dallas, TX 75261-9741

**PECO**
2301 Market St
Philadelphia, PA 19103

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pffcu/Police & Fire Fcu**
901 Arch Street
Philadelphia, PA 19107

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Sutton Bank**
P.o. Box 505
Attica, OH 44807-0505

**Universal Lenders Inc**
1011 Lake St #303
Oak Park, IL 60301

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**Wells Fargo Bank NA**
Attn: Bankruptcy
1 Home Campus 3rd Floor
MAC X2303-01A
Des Moines, IA 50328