**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Bankruptcy No. 26-14512-djb

MARQUIS COOPER
*Debtor*

Chapter 13

CITIGROUP MORTGAGE LOAN TRUST 2022-RP3
*Movant*
vs.
MARQUIS COOPER,
*Debtor/Respondent*
KENNETH E. WEST, Esquire,
*Trustee/Respondent*

**OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN**

Citigroup Mortgage Loan Trust 2022-RP3 ("Movant"), through its attorneys, Hladik, Onorato & Federman, LLP, objects to the confirmation of the Chapter 13 Plan (the "Plan") filed by Marquis Cooper ("Debtor"), as follows:

1. As of the bankruptcy filing date of 10/27/2026, Movant holds a secured Claim against the Debtor's property located at 5606 Marvine Street, Philadelphia, PA 19141 (the "Property").

2. Movant is in the process of filing a Proof of Claim, which will be filed by the Proof of Claim Bar date of 01/05/2027. The estimated total of Movant's secured claim is $65,545.22, with estimated pre-petition arrears of $3,629.00.

3. The Plan does not provide for the full repayment of Movant's pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor(s) is not feasible. Movant requests that an Amended Chapter 13 Plan be filed, the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Date: 11/24/2026 HLADIK, ONORATO & FEDERMAN, LLP

BY: /s/ Danielle Boyle-Ebersole

Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Bankruptcy No. 26-14512-djb

MARQUIS COOPER
*Debtor*

Chapter 13

CITIGROUP MORTGAGE LOAN TRUST 2022-RP3
*Movant*
vs.
MARQUIS COOPER,
*Debtor/Respondent*
KENNETH E. WEST, Esquire,
*Trustee/Respondent*

**CERTIFICATE OF SERVICE OF OBJECTION TO CHAPTER 13 PLAN**

I, the undersigned attorney, attorney for Citigroup Mortgage Loan Trust 2022-RP3, certify that a copy of the attached Objection to Chapter 13 Plan has been served upon the parties below, on the date set forth below:

Michael A. Cibik, Esquire
VIA CM/ECF NOTIFICATION
*Attorney for Debtor*

Kenneth E. West, Esquire
VIA CM/ECF NOTIFICATION
*Trustee*

Marquis Cooper
5606 N. Marvine Street
Philadelphia, PA 19141
VIA REGULAR CLASS MAIL
*Debtor*

Date: 11/24/2026 HLADIK, ONORATO & FEDERMAN, LLP

BY: /s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
PA Attorney ID# 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone: (215) 855-9521
Email: dboyle-ebersole@hoflawgroup.com